UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

THE FRIENDLY VESSAL :
THERESE ANNE STEUBER, :
    Petitioner, :
     :
v. : CASE NO. 1:17-MC-164
     :
WALTER INVESTMENT :
MANAGEMENT CORP., *et al.*, :
    Respondents. :

*O R D E R*

AND NOW, this 23rd day of May, 2017, upon consideration of Respondents' unopposed motion (Doc. 4) to dismiss Petitioner's Petition for Writ of Prohibition (Doc. 1), and in accord with the accompanying memorandum, it is ORDERED that:

    (1)    The motion (Doc. 4) is GRANTED.

    (2)    The Petition (Doc. 1) is DISMISSED.

    (3)    The Clerk of Court shall CLOSE this case.